

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

*Brooks E. Doyne*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*brooks.doyne@usdoj.gov*

*main: (973) 645-2700*
*direct: (973) 353-6001*

February 13, 2026

**BY ECF**
The Honorable Brian R. Martinotti, U.S.D.J.
Frank R. Lautenberg U.S. Post Office and Courthouse
2 Federal Square
Newark, NJ 07102

      Re:   *Syed v. Perez, et al.*, No. 26-1244 (BRM)
            **Three-Day Extension Request With No Objection**

Dear Judge Martinotti:

    This Office represents Respondents in this habeas action brought by Abid Syed. On February 7, 2026, the Court entered an order requiring Respondents to file a response to the Petition by February 14, 2026. The Respondents respectfully request a 3-day extension of time, until February 17, 2026, to file an answer or otherwise move as to the Petition.

    To potentially resolve the litigation, on February 11, 2026, the Respondents provided Petitioner with a Form I-200, Warrant for Arrest of Alien. In response, Petitioner requested Respondents serve a Notice to Appear and put this matter on the non-detained docket. This Office has forwarded Petitioner's request to U.S. Immigration and Customs Enforcement.

    Respondents respectfully request a three-day extension to allow the parties to continue efforts and potentially resolve the Petition. Petitioner's counsel, Enes Hajdarpasic, Esq., does not object to this request. This is the Respondents' first request for an extension of time to file an answer or otherwise move as to the Petition.

    Thank you for the Court's consideration of this matter.

                                                Respectfully submitted,

                                                TODD BLANCHE
                                                U.S. Deputy Attorney General

                                                JORDAN FOX
                                                Chief of Staff & Associate Deputy

                                                         Attorney General
                                                         Special Attorney

                                         By:   <u>*s/ Brooks E. Doyne*</u>
                                                         BROOKS E. Doyne
                                                         Assistant United States Attorney
                                                         *Attorneys for Defendants*

cc:     Counsel of record (by ECF)

SO ORDERED;

_____
BRIAN R. MARTINOTTI, USDJ
DATED: FEB. 17, 2026